IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARL C. GILBERT, JR.,

    Plaintiff,

v.

JAMES DOYLE, DEPARTMENT OF HEALTH AND FAMILY SERVICES, SHARON NELSON, BUREAU OF HEALTH SERVICES, DEPARTMENT OF CORRECTIONS, DIVISION OF ADULT INSTITUTIONS, KAREN E. TIMBERLAKE, RICK RAEMISCH, TED WESTFIELD, WILLIAM GROSSHAN, SHARON K. ZUNKER, CYNTHIA THORPE, SARAH KEPPERT, JAMES GREER, DAVID BURNETT, BARBARA E LAP, KEVIN KALLAS, DONALD HANDS, SCOTT HOFTIEZER, WISCONSIN ICI-SYSTEM PERSONNEL, KAREN GOURLIE, AMY SMITH, TOM GOZINSKE, ANGEL E. KROLL, THEREASA, MICHAEL THURMER, MICHAEL MIESNER, CAPT. MELI, DANIEL BRAEMER, STEVEN WIERENGA, BENJAMIN HILBERT, SGT. TORCHISKI, SGT. LARSON, SGT. TRITT, SGT. BEASLEY, SGT. KIMBALL, SGT. TAYLOR, CAPT. GEMPLER, LT. GREEF, CAPT. HOLM, CAPT. O'DONOVAN, KEVIN WEBSTER, C.O. II CAUL, C.O. CARLSON, C.O. WOOD, C.O. BEAHM, C.O. MASON, C.O. JONES, C.O. GIZA, C.O. TRITT, GARY ANKARLO, JEFFREY GARBELMAN, STELLA NESS, JENNY STADTMULLER, JANET JOHNSTON, GRACE BROWN, DR. FISCHER, TODD CALLISTER, RALPH FROELOCH, BELINDA SCHRUBBE, PAUL SUMNICHT, MARY GORSKE, CHARLENE S. REILTZ, JUDY SCHAEFER, PATTY CARREN, GAIL WALTZ,

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-157-bbc

FRANCIS MONROE-JENNING, KIM SCHMIDT, MARK JENSEN, SANDY JACKSON, JULIE HOOPER and JOHN DOES/JANE DOES,

        Defendants.

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing this case for failure to comply with Fed. R. Civ. P. 8.

_Peter Oppeneer_                                       8/31/10
Peter Oppeneer, Clerk of Court                         Date